ACCEPTED
15-24-00118-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/11/2025 5:07 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00118-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/11/2025 5:07:47 PM
CHRISTOPHER A. PRINE
Clerk

## COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS AUSTIN, TEXAS

**Aspire Power Ventures, LP,**

*Appellant,*

v.

**Public Utility Commission of Texas, Electric Reliability Council of Texas, Thomas Gleeson, Lori Cobos, Jimmy Glotfelty, Kathleen Jackson, and Courtney Hjaltman,**

*Appellees.*

---

**On Appeal from the 345th Judicial District Court
Travis County, Texas
Cause No. D-1-GN-24-003384
*Hon. Catherine A. Mauzy, Presiding***

---

## APPELLANT'S NOTICE OF DESIGNATION OF LEAD COUNSEL

---

Chrysta L. Castañeda
Nicole Michael
THE CASTAÑEDA FIRM
325 N. St. Paul, Suite 2030
Dallas, Texas 75201
Phone: (214) 282-8579
Fax: (214) 602-9187

Monica Latin
Brent M. Rubin
Ken Carroll
CARRINGTON, COLEMAN,
  SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Phone: 214-855-3000
Fax: 214-580-2641

*Attorneys for Appellant Aspire Power Ventures, LP*

Pursuant to Texas Rule of Appellate Procedure 6.1(c), Appellant

Aspire Power Ventures, LP) designates Monica Latin as lead counsel for

this appeal, replacing Chrysta L. Castañeda in that role. The

information required by Texas Rule of Appellate Procedure 6.5(d) is

provided in Monica Latin's signature block below.

Respectfully submitted,

/s/   Chrysta L. Castañeda
Chrysta L. Castañeda
  Texas Bar No. 15325625
  chrysta@castaneda-firm.com
Nicole Michael
  Texas Bar No. 24067767
  nicole@castaneda-firm.com
THE CASTAÑEDA FIRM
325 N. St. Paul, Suite 2030
Dallas, Texas 75201
Phone: (214) 282-8579
Fax: (214) 602-9187

/s/   Monica Latin
Monica Latin
  Texas Bar No. 00787881
  MLatin@ccsb.com
Brent M. Rubin
  Texas Bar No. 24086834
  BRubin@ccsb.com
Ken Carroll
  Texas Bar No. 03888500
  KCarroll@ccsb.com
CARRINGTON, COLEMAN,
  SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Phone: (214) 855-3000
Fax: (214) 580-2641

*Attorneys for Appellant Aspire Power Ventures, LP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all counsel of record through the eFiling Service Provider pursuant to the Texas Rules of Civil Procedure.

*/s/   Ken Carroll*
Ken Carroll

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ken Carroll on behalf of Ken Carroll
Bar No. 3888500
kcarroll@ccsb.com
Envelope ID: 109013548
Filing Code Description: Other Document
Filing Description: Appellant's Notice of Designation of Lead Counsel
Status as of 12/12/2025 7:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark Little | | mark.little@bakerbotts.com | 12/11/2025 5:07:47 PM | SENT |
| Macey Stokes | | macey.stokes@bakerbotts.com | 12/11/2025 5:07:47 PM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 12/11/2025 5:07:47 PM | SENT |
| Laura Courtney | | laura.courtney@oag.texas.gov | 12/11/2025 5:07:47 PM | SENT |
| George Fibbe | | george.fibbe@bakerbotts.com | 12/11/2025 5:07:47 PM | SENT |
| Patrick Leahy | | patrick.leahy@bakerbotts.com | 12/11/2025 5:07:47 PM | SENT |
| Brent M.Rubin | | brubin@ccsb.com | 12/11/2025 5:07:47 PM | SENT |
| Ken Carroll | | kcarroll@ccsb.com | 12/11/2025 5:07:47 PM | SENT |
| Elliot Clark | | eclark@winstead.com | 12/11/2025 5:07:47 PM | SENT |
| Elin Isenhower | | eisenhower@winstead.com | 12/11/2025 5:07:47 PM | SENT |
| John Hulme | | John.Hulme@oag.texas.gov | 12/11/2025 5:07:47 PM | SENT |
| James ScottMcCarley | | scott.mccarley@oag.texas.gov | 12/11/2025 5:07:47 PM | SENT |
| Chrysta L.Castaneda | | chrysta@castaneda-firm.com | 12/11/2025 5:07:47 PM | SENT |
| Nicole Michael | | nicole@castaneda-firm.com | 12/11/2025 5:07:47 PM | SENT |
| Monica Latin | | mlatin@ccsb.com | 12/11/2025 5:07:47 PM | SENT |
| Amanda AtkinsonCagle | | Amanda.Cagle@oag.texas.gov | 12/11/2025 5:07:47 PM | SENT |
| Jordan Pratt | | Jordan.Pratt@oag.texas.gov | 12/11/2025 5:07:47 PM | SENT |